IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERTA WILSON, personal
representative of the estate of
JEREMIAH JOHNSON, deceased,

        Plaintiff,

    v.

CITY OF PENDLETON, a municipal
corporation; JORDAN WILLIAMS;
and DERRICK BINGHAM,

        Defendants.

Case No. 2:24-cv-01515-HL

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Andrew Hallman issued a Findings and Recommendation on June 5, 2026, in which he recommends that the Court dismiss this action without prejudice for Plaintiff's failure to prosecute this matter. F&R, ECF No. 25. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Hallman's Findings and Recommendation [25]. Accordingly, this matter is DISMISSED without prejudice for Plaintiff's failure to prosecute this matter.

IT IS SO ORDERED.

DATED this 15th day of July, 2026.

_____
AMY M. BAGGIO
United States District Judge

2 – ORDER